THE HONORABLE MONICA J. BENTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN MILLER, a single woman,<br><br>        Plaintiff,<br><br>    v.<br><br>SKAGIT BONDED COLLECTORS, LLC,<br>d/b/a SB&C, LTD, a Washington State Limited Liability Company,<br><br>        Defendant. | Case No.: 2:06-cv-01705 MJB<br><br>ORDER GRANTING DEFENDANT SKAGIT BONDED COLLECTORS, LLC'S MOTION FOR SUMMARY JUDGMENT |

This matter came before this Court upon Defendant Skagit Bonded Collectors, LLC's motion for summary judgment dismissal of plaintiff's claims under the United States Fair Debt Collection Practices Act, Washington Collections Agency Act and the Washington Consumer Protection Act, and defendant's motion for an award of attorney fees and costs under federal act of 15 U.S.C. § 1692k(3).  The Court having reviewed the materials submitted by the parties and being otherwise fully advised, now therefore it is hereby ORDERED that Skagit Bonded Collectors, LLC's motion for summary judgment dismissal of plaintiff's claims under the United States Fair Debt Collection Practices Act, Washington Collection Agency Act and the Washington Consumer Protection Act is hereby GRANTED;

ORDER GRANTING DEFENDANT SKAGIT BONDED COLLECTORS, LLC'S MOTION FOR SUMMARY JUDGMENT - 1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

and ORDERED that Skagit Bonded Collectors, LLC's motion for an award of its attorneys fees and costs under 15 U.S.C. § 1692k(3) is hereby GRANTED.

DONE in open Court this 11th day of January, 2008.

*/s/ M. Benton*
MONICA J. BENTON
United States Magistrate Judge

Presented By:

COZEN O'CONNOR

___*/s/ Katina C. Thornock*_____
Thomas M. Jones, WSBA No. 13141
Christopher L. Neal, WSBA No. 25685
Katina C. Thornock, WSBA No. 31527
Attorneys for Defendant Skagit Bonded Collectors

SEATTLE\628850\1  197313.000

ORDER GRANTING DEFENDANT SKAGIT BONDED COLLECTORS, LLC'S MOTION FOR SUMMARY JUDGMENT - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000